UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAUREEN W. ZOMAYAH, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>GREGORY FUNDING LLC,<br><br>        Defendant. | Case No. |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Gregory Funding LLC ("Defendant") removes this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

**I.    STATEMENT OF THE CASE**

1.    January 9, 2023, Plaintiff Maureen W. Zomayah ("Plaintiff") commenced a civil action in the Circuit Court of Cook County, Illinois entitled *Maureen W. Zomayah v. Gregory Funding LLC*, case number 2023-CH-189.

2.    In her complaint (the "Complaint"), Plaintiff alleges Defendant violated the Fair Debt Collection Practices Act (the "FDCPA")—a federal statute. *See* Plaintiff's Complaint attached hereto as Exhibit A. Plaintiff alleges, among other things, Defendant assessed improper late charges on her mortgage loan. *Id*. Plaintiff seeks, among other things, actual and statutory damages. *Id*.

## II.    FEDERAL QUESTION JURISDICTION

3.    This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1331, which provides that "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

4.    As mentioned, Plaintiff alleges Defendant violated the FDCPA—a federal statute. This action therefore arises under federal law and is subject to this Court's original jurisdiction. Defendant is therefore entitled to remove Plaintiff's action to this Court pursuant to 28 U.S.C. §1441(a), which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

## III.    ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

5.    Under 28 U.S.C. §1446(b), "[t]he notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant . . . of a copy of the initial pleading . . . or within thirty days after the service of summons upon the defendant." Here, Defendant was served with the summons and Complaint on January 24, 2023. *See* Exhibit A attached hereto. Defendant's removal is therefore timely.

6.    True and accurate copies of the summons and all process and pleadings served on Defendant are attached hereto as Exhibit A.

7.    Removal of this action to this Court is proper as the Circuit Court of Cook County, Illinois (i.e., where Plaintiff commenced this action) is located within this Court's jurisdiction.

8.    In accordance with 28 U.S.C. § 1446(d), Defendant will promptly file a notice of its removal of this action with the clerk of the Circuit Court of Cook County, Illinois. Defendant

will also promptly serve Plaintiff and any party who has appeared in this matter with this notice of removal as well as the notice to be filed in the Circuit Court of Cook County, Illinois.

**IV. CONCLUSION**

9. Based on the foregoing, Defendant respectfully requests Plaintiff's action be removed to the United States District Court for the Northern District of Illinois, Eastern Division and that all further proceedings in the Circuit Court of Cook County, Illinois be terminated.

                                              Respectfully submitted,

                                              HINSHAW & CULBERTSON LLP

                                              */s/ Joseph D. Kern*
                                              Joseph D. Kern

Joseph D. Kern
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
jkern@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

I, Joseph D. Kern, an attorney, certify that on February 23, 2023, caused to be served a copy of the foregoing by: depositing same in the U.S. Mail box at 151 North Franklin Street, Chicago, Illinois 60606, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

- ☐ ECF
- ☐ Facsimile
- ☐ UPS
- ☐ U.S. Mail
- ☒ E-Mail
- ☐ Messenger Delivery

To: *Attorney for Plaintiff*
Arthur C. Czaja
Law Office of Arthur C. Czaja
7521 N. Milwaukee Avenue
Niles, Illinois 60714
arthur@czajalawoffices.com

*/s/ Joseph D. Kern*
Joseph D. Kern

4

1035355\306740252.v1